IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 19 AM 9 3

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

   Plaintiff,

vs.            CR. NO. 05-20134-D

RUSSELL JAMES WARREN

---

### ORDER UNSEALING INDICTMENT

---

  This cause came on to be heard this date upon oral motion of the United States for an order unsealing Indictment Number 05-20134-D; and

  **IT SATISFACTORILY APPEARING TO THE COURT** that the motion is well taken and should be granted for good cause shown;

  **IT IS THEREFORE ORDERED** that Indictment Number 05-20134-D is hereby unsealed.

  ENTER THIS _18_ DAY OF APRIL, 2005.

              _____
              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4-19-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20134 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT